### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-20291 |
| Frederico C. Garaffa | Chapter: | 7 |
| | Judge: | CMG |

## NOTICE OF PROPOSED ABANDONMENT

_____On 8/17/16, Barry W. Frost_____, _____Chapter 7 Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____September 20, 2016_____ at _____10_____ a.m. at the United States Bankruptcy Court, Courtroom no. _____3_____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  27 Ithaca Ave., Ocean Port, NJ 07757 - $420,000

Liens on property:            $445,000

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name:        Barry W. Frost

Address:     691 State Hwy. 33 - Trenton, NJ 08619-4492

Telephone No.:  609-890-1500

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-20291-CMG
Frederico C Garaffa                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2            Date Rcvd: Aug 17, 2016
                               Form ID: pdf905        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db         +Frederico C Garaffa,    27 Ithaca Ave,   Oceanport, NJ 07757-1710
cr         +American Choice Railings & Fencing,    5005 Belmar Blvd.,    Unit A-1,   Wall, NJ 07727-4019
516201411   Allstate NJ Property & Casualty Ins Co,    PO Box 4303,    Carol Stream, IL 60197-4303
516201412  +American Choice Railings & Fencing,    5005 Belmar Blvd Unit A-1,    Farmingdale, NJ 07727-4019
516201413  +American Choice Railings and Fencing,    5005 Belmar Blvd. Unit A-A,
             Farmingdale, NJ 07727-4018
516201415  ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
             Richmond, VA 23238)
516201417   CMI Legal Forwading Division,    Jack Burnes,    PO box 28851,    Philadelphia, PA 19151-0851
516201414   Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
516201416   Cigna-HealthSpring RX,    PO Box 747102,    Pittsburgh, PA 15274-7102
516201423  +Johny on the Spot LLC,    3168 Bordentown Ave,    Old Bridge, NJ 08857-9703
516201424  +KML Law Group, PC,    216 Haddon Ave STe 406,    Westmont, NJ 08108-2812
516201425  +Mark A Kriegel LLC,    1479 Pennington RD,    Trenton, NJ 08618-2661
516201426  +Midland Funding,    2365 Northside Dri,    San Diego, CA 92108-2709
516201428  +Miller, Miller and Tucker PA,    96 Paterson Street,    New Brunswick, NJ 08901-2109
516201429   Momouth County Sheriff's office,    2500 Kozloski Road,    Freehold, NJ 07728
516201430  +Monmouth County Court Special Civil Part,    P.O. Box 1270,    Freehold, NJ 07728-1270
516201431  +Monmouth County Sheriff's Office,    50 East Main St,    Freehold, NJ 07728-2277
516201433  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
516201432   Nationstar Mortgage,    PO Box 60516,    City of Industry, CA 91716-0516
516201435  +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516201437  +Profess Acct,    633 W Wisconsin Av,    Milwaukee, WI 53203-1918
516201438  +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516201439   Riverview Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
516201440  +Sa-vit Collection Agen,    46 W Ferris St,    East Brunswick, NJ 08816-2159
516201441  #+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
516201444  +ZJ Masonary LLC,    299 Triangle Rd,    Hillsborough, NJ 08844-4524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2016 23:12:23    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2016 23:12:22     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516201418   +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 17 2016 23:13:17     Credit Coll,
             Po Box 607,   Norwood, MA 02062-0607
516201419   +E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2016 23:11:31     G M A C,   Po Box 105677,
             Atlanta, GA 30348-5677
516201421    E-mail/Text: cio.bncmail@irs.gov Aug 17 2016 23:12:03     Internal Revenue Service,
             44 South Clinton Ave,   Trenton, NJ 08601
516201427   +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2016 23:12:21     Midland Funding, LLC,
             PO Box 603,   Oaks, PA 19456-0603
516201434   +E-mail/PDF: bankruptcy@ncfsi.com Aug 17 2016 23:07:12     New Century Financial Services,
             110 South Jefferson Road,   Suite 104,    Whippany, NJ 07981-1038
516201436   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 23:07:53
             Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
516201442   +E-mail/Text: bankruptcy@sw-credit.com Aug 17 2016 23:12:24     Southwest Credit Syste,
             4120 International,   Carrollton, TX 75007-1958
                                                                                    TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516201443    Tax Lien Other
516201422*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Internal Revenue Services,    P.O. Box 9052,
             Andover, MA 01810-9052)
516201420*  +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                       TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3        User: admin           Page 2 of 2            Date Rcvd: Aug 17, 2016
                           Form ID: pdf905        Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
          Barry  Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com
          Denise E. Carlon  on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Mark  Kriegel   on behalf of Creditor   American Choice Railings & Fencing mkriegel@kriegellaw.com
          Yakov  Rudikh    on behalf of Debtor Frederico C Garaffa yrudikh@gmail.com,
          rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                          TOTAL: 4
```