Certificate Number: 05781-NJ-DE-028090825

Bankruptcy Case Number: 16-20291


05781-NJ-DE-028090825

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 20, 2016, at 4:54 o'clock PM PDT, Fred Garaffa completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 20, 2016          By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President